# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUDOLPH LURDING

NO. 2026 KW 0271

**JUNE 1, 2026**

---

In Re:    Rudolph Lurding, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-1802624.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                           MRT
                           KEB
                           BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.